UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| AHMED P. RACHID, | § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO: 3-01CV0966-K |
| JACK IN THE BOX | § § § | |
| Defendant | § § | |

## FINAL JUDGMENT

On January 4, 2005, this matter was called for trial. Both parties appeared through counsel, and announced "Ready." A jury was impaneled and, after hearing the evidence and being instructed as to the law by the Court, rendered a verdict in favor of Defendant. The Jury found that Defendant had not discriminated against the Plaintiff.

It is, therefore,

ORDERED, that Plaintiff take nothing from Defendant;

ORDERED, that Plaintiff be required to pay court costs incurred by Defendant.

This judgment finally disposes of all claims raised by the parties.

SIGNED this _13th_ day of _January_, 2005

_____
HONORABLE ED KINKEADE
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM

_____
Durwood D. Crawford
State Bar No. 05021000

GOINS, UNDERKOFLER, CRAWFORD & LANGDON
*A Registered Limited Liability Partnership*
Renaissance Tower
1201 Elm Street, Suite 4800
Dallas, Texas 75270
(214) 969-5454
(214) 969-5902 (Fax)

Attorneys for Ahmed P. Rachid


_____
Lu Pham
State Bar No. 15895430
Allyson T. Beckman
State Bar No. 24029867

LYNN PHAM MOORE & ROSS, LLP
University Centre II
1320 S. University Drive
Suite 720
Fort Worth, Texas 76107
(817) 332-8508
(817) 332-8548 (Fax)

Attorneys for Jack in The Box

---

FINAL JUDGMENT                                                                 PAGE 2